*CLOSED*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| HANOVER 3201 REALTY, LLC, : | **Civil Action No. 14-1327 (SRC)** |
| Plaintiff, : |  |
| v. : | **ORDER** |
| VILLAGE SUPERMARKETS, INC. et al., : |  |
| Defendants. : |  |

**CHESLER**, District Judge

    This motion having come before the Court on the motion to dismiss the Amended Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a valid claim for relief by Defendants Village Supermarkets, Inc. and Hanover and Horsehill Development LLC; and it appearing that this Court reviewed the parties' submissions; and for the reasons set forth in the accompanying Opinion, and good cause appearing,

    **IT IS** on this 2nd day of October, 2014,

    **ORDERED** that Defendants' motion to dismiss the Amended Complaint (Docket Entry No. 17) is **GRANTED**; and it is further

    **ORDERED** that the First and Second Counts in the Amended Complaint are hereby **DISMISSED** with prejudice; and it is further

**ORDERED** that the remaining claims in the Amended Complaint are hereby

**DISMISSED** for lack of subject matter jurisdiction.

s/ Stanley R. Chesler  
Stanley R. Chesler, U.S.D.J